

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-22-00408-CR

Damien Devon **DAVIS-PITTMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 627590
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant's brief originally was due on September 22, 2022. On September 22, 2022, appellant filed a motion requesting a forty-five-day extension of time. The motion is GRANTED, and appellant is ORDERED to file his brief **no later than November 7, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court